## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**THE OHIO STATE UNIVERSITY,**

   **Plaintiff,**

 **V.**        **CASE NO. C2-11-0472**
             **JUDGE EDMUND A. SARGUS, JR.**

**TOUCHDOWN ALABAMA**
**MAGAZINE, LLC, et al.,**

   **Defendants.**

### ORDER

  The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

  **IT IS SO ORDERED.**

_6 - 2 -2011_
**DATE**

         _____
         **EDMUND A. SARGUS, JR.**
         **UNITED STATES DISTRICT JUDGE**